March 13, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

### NO. 15-24-00051-CV

---

CROWLEY INDEPENDENT SCHOOL DISTRICT, Appellant

V.

CARL STONEHAM, AND MIKE MORATH, IN HIS OFFICIAL CAPACITY
AS COMMISSIONER OF EDUCATION OF TEXAS, Appellees

---

This court today heard a motion for rehearing filed by appellant, We order the motion be granted in part, and that the court's former judgment of November 19, 2024 be vacated, set aside, and annulled. We further order this court's opinion of November 19, 2024, withdrawn.

This cause, an appeal from the judgment in favor of appellees, Carl Stoneham, and Mike Morath, in his Official Capacity as Commissioner of Education of Texas, signed, October 30, 2023, was heard on the appellate record. On original submission we reversed the trial court's award of attorney's fees and remanded to the trial court for proceedings in accordance with this court's opinion. In response to appellant's motion for rehearing, appellee Carl Stoneham withdrew his request for attorney's fees. We therefore **MODIFY** the judgment of the court below to delete the award of attorney's fees.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.


Judgment Rendered March 13, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.